IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 11-00888 BKT |
|---|---|
| RAMON OCASIO FONTANEZ<br>FLOR M. CRUZ DELGADO<br>Debtor | CHAPTER 13 |

## STATEMENT OF PURPOSE FOR *AMENDED PLAN 05/17/11*

TO THE HONORABLE COURT:

COME NOW DEBTORS, Ramón Ocasio Fontanez and Flor M. Cruz Delgado through its undersigned counsel of record and before this Court most respectfully states and prays:

1. Pursuant to Local Bankruptcy Rule 1009-1 debtors hereby provide a Statement of Purpose as to Amended Chapter 13 plan dated 05/17/11.

2. The amended plan also includes a provision for payment to Trustee of tax refunds.

WHEREFORE, Debtor most respectfully requests that this Court take note of aforementioned amendment.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico this 17 day of May, 2011.

**I HEREBY CERTIFY THAT:** a copy of the instant statement and amended plan has been sent via regular mail to all parties in attached master address list. to **Chapter 13 Trustee**. José R. Carrión Morales, thru the Court's ECM/ECF noticing system and notified via ECM/ECF system to all appearing parties.

/s/ *NOEMI LANDRAU RIVERA*
USDC 215510
PO Box 270219
San Juan, PR 00927-0219
TEL. 787-774-0224
FAX: 787-793-1004
landraulaw@prtc.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

**RAMON OCASIO FONTANEZ**

**FLOR M. CRUZ DELGADO**
DEBTOR(S)

BK CASE # 11-00888 BKT

CHAPTER 13

### CHAPTER 13 PAYMENT PLAN   05/17/11

1 - The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 5/17/11
☒ PRE  ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

**1. PAYMENT PLAN SCHEDULE**

$ 350.00 x 60 = $21,000.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___

TOTAL = $21,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
☐ Sale of property identified as follows:
_____
_____
☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

**PROPOSED BASE: $21,000.00**

**III. ATTORNEY'S FEES**
(To be paid as administrative expenses)
Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 3,000.00

Signed: /s/ Ramon Ocasio Fontanez
DEBTOR

/s/ Flor M. Cruz Delgado
JOINT DEBTOR

/S/ Noemi Landrau Rivera
Attorney for debtor

**11 DISBURSE FUNDS IN THE FOLLOWING ORDER AFTER ADMINISTRATIVE EXPENSES**

A- ADEQUATE PROTECTION PAYMENTS CR _____ $ _____
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☐ Trustee pays secured ARREARS:
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____
$_____ $_____ $_____

2. ☐ Trustee pays IN FULL Secured Claims
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____
$_____ $_____ $_____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
R-G Mortgage/ Scotiabank

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2)

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A- ☐ Co-debtor Claims / ☐ Other:_____
☐ Paid 100% / ☐ Other:_____
Cr._____ Cr._____ Cr._____
#_____ #_____ #_____
(b) ☐ Other:_____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)
1. Notice to all parties in interest as per attached master address list.
2. Any disposable income from tax refund commencing on tax year 2011 received by Debtor during the plan will be brought to the plan for the benefit of creditors, Debtor to obtain prior Court authorization for the use of any funds.

ATTORNEY FOR DEBTOR: /s/NOEMI LANDRAU RIVERA, ESQ      Phone 787-774-0224

OCASIO FONTANEZ, RAMON
URB. MANSIONES DEL CARIBE
183 CALLE AQUAMARINA H-7
HUMACAO, PR  00791

FIA CARD SERVICES
PO BOX 15026
WILMINGTON, DE  19886-5026

CRUZ DELGADO, FLOR M
URB. MANSIONES DEL CARIBE
183 CALLE AQUAMARINA H-7
HUMACAO, PR  00791

FIRST BANK
PO BOX 8318
SAN JUAN, PR  00910-0318

Cervoni Landrau & Associates
PO BOX 270219
SAN JUAN, PR  00715-0370

R-G MORTGAGE CORP.
PO BOX 362394
SAN JUAN, PR  00936-2394

BANCO POPULAR
PO BOX 71375
SAN JUAN, PR  00936-7077

R-G PREMIER BANK
PO BOX 2510
GUAYNABO, PR  00970-2510

BEST BUY
HSBC RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY, CA  91716-0148

SCOTIABANK
PO BOX 362649
SAN JUAN, PR  00936-2649

CITI CARDS
PO BOX 182564
COLUMBUS, OH  43218-2564

SEARS CARD
PO BOX 6924
THE LAKES, NV  88901-6924

CITI CARDS
PO BOX 6077
SIOUX FALLS, SD  57117-6077

SEARS CREDIT CARDS
PO BOX 183081
COLUMBUS, OH  43218-3081

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC  28272-0919

TRANSUNION
PO BOX 1000
CHESTER, PA  19022

EQUIFAX
PO BOX 740241
ATLANTA, GA  30374

VICTORIA 'S SECRET
WORLD FINANCIAL NETWORK NATIONAL
BANK
PO BOX 182273
COLUMBUS, OH  43218-2273

EXPERIAN
PO BOX 2002
ALLEN, TX  75013